UNITED STATES of America, Plaintiff—Appellee,

v.

Orville Isaac WRIGHT, Defendant— Appellant.

No. 05–7738.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2006.

Decided: July 17, 2006.

Orville Isaac Wright, Appellant Pro Se. John Stuart Bruce, Christine Witcover Dean, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Isaac Wright appeals the district court's orders denying his "Motion for Reduction of Term of Imprisonment 'Nunc Pro Tunc'" pursuant to 18 U.S.C. § 3582(c)(2) (2000) and denying his motion

for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Wright's motion for reduction of term of imprisonment for the reasons stated by the district court. *See United States v. Wright,* No. CR–95–76–BR (E.D.N.C. June 28, 2005). Moreover, the district court did not abuse its discretion when it denied Wright's motion for reconsideration.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*